Brian S. King, #4610
Nediha Hadzikadunic, #15851
**BRIAN S. KING, P.C.**
336 South 300 East, Suite 200
Salt Lake City, UT 84111
Telephone: (801) 532-1732
Facsimile: (801) 532-1936
brian@briansking.com
nediha@briansking.com

Attorneys for Plaintiffs

THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| LYN M., and DAVID M., as Legal Guardians of L.M., a minor,<br><br>Plaintiffs,<br><br>vs.<br><br>PREMERA BLUE CROSS, and MICROSOFT CORPORATION WELFARE PLAN,<br><br>Defendants. | STIPULATED MOTON TO EXTEND DEADLINE<br><br>Civil No. 2:17-cv-01152-BSJ |

The parties, through their undersigned counsel, stipulate and move the Court to extend the deadline for submission of the Plaintiffs' Memorandum in Opposition to Defendants' Motion to Transfer Venue from November 20, 2017 to November 27, 2017.  The deadline for Defendants to file their Reply Memo shall be extended accordingly to December 11, 2017.

DATED this ___ day of November, 2017.          DATED this ___ day of November, 2017


__s/ Brian S. King_____          _/s/ Tim Houpt_____
Brian S. King                                                          Tim Houpt
Attorney for Plaintiffs                                           Attorney for Defendants