FILED
2018 FEB 7 AM 9:53
CLERK
U.S. DISTRICT COURT

Brian S. King, #4610
Nediha Hadzikadunic, #15851
**BRIAN S. KING, P.C.**
336 South 300 East, Suite 200
Salt Lake City, UT 84111
Telephone: (801) 532-1732
Facsimile: (801) 532-1936
brian@briansking.com
nediha@briansking.com

Attorneys for Plaintiffs

THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| LYN M., and DAVID M., as Legal Guardians of L.M., a minor,<br><br>    Plaintiffs,<br><br>vs.<br><br>PREMERA BLUE CROSS, and MICROSOFT CORPORATION WELFARE PLAN,<br><br>    Defendants. | ORDER DENYING DEFENDANTS' MOTON TO TRANSFER VENUE<br><br>Civil No. 2:17-cv-01152-BSJ |

On January 25, 2018 at 1:30 p.m., the Court heard oral argument on the Defendants'

Motion to Transfer Venue to the Western District of Washington.  The Plaintiffs were

represented by Brian S. King and the Defendants were represented by Gwendolyn C. Payton and

Jessica P. Wilde.

//

//

//

//

After considering the parties' memoranda and hearing oral argument, the Court denies the

Motion to Transfer Venue pursuant to 28 USC §1040(a).

DATED this 6ᵗʰ day of February, 2018

_____
U.S. District Court Judge Bruce S. Jenkins

Approved as to form:

  s/ Brian S. King
Attorney for Plaintiffs
 /s/ Gwendolyn C. Payton
Gwendolyn C. Payton
Jessica P. Wilde
Attorneys for Defendants