FILED
2022 JAN 20 PM 4:52
CLERK
U.S. DISTRICT COURT

Brian S. King, #4610
Samuel M. Hall, #16066
Brent J. Newton, #6950
**BRIAN S. KING, P.C.**
420 E. South Temple, Ste. 420
Salt Lake City, UT 84111
Telephone: (801) 532-1732
Facsimile: (801) 532-1936
brian@briansking.com
samuel@briansking.com
brent@briansking.com

Attorneys for Plaintiffs

THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| LYN M. and DAVID M., as Legal Guardians of L.M., a minor,<br><br>　　　　　Plaintiffs,<br>vs.<br><br>PREMERA BLUE CROSS, and MICROSOFT CORPORATION WELFARE PLAN,<br>　　　　　Defendants. | JUDGMENT<br><br><br>Civil No. 2:17-cv-01152-BSJ |

Based on the Court's Memorandum Opinion and Order Granting Plaintiffs' Motion for Summary Judgment and Denying Defendant's Motion for Summary Judgment entered November 30, 2021 (Dkt. No. 77), and having taken into consideration the Plaintiffs' Motion for Entry of Judgment, the Court enters Judgment in favor of the Plaintiffs on their ERISA claim in the amount of $97,748.25 as reimbursement of medical benefits paid by the Plaintiffs and for which the Plan was required to provide coverage.

//

In addition, the Plaintiffs are awarded pre-judgment simple interest in the amount of 10% per annum from the date of January 1, 2016, to the date of this Judgment.

Ordered this 20th day of January, 2022.

_____
By the Court

Approved as to form:

(per letter)

_____
Gwendolyn Payton